UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN AND JACOB SCHWANDER | * | CIVIL ACTION NO. |
| VERSUS | * | JUDGE: |
| DR. BRANDT M. ZIMMER, M.D. AND DIAGNOSTIC IMAGING SERVICES, INC. | * | MAGISTRATE: |

*****************************************

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel come the Plaintiffs, Susan and Jacob Schwander ("Plaintiffs" hereafter) who, for the purpose of asserting a Complaint and cause of action against Brandt M. Zimmer, MD and Diagnostic Imaging Services ("Defendants" hereafter), respectfully aver as follows:

1.

The Plaintiffs are residents and citizens of the State of Louisiana of the full age of majority.

2.

Brandt M. Zimmer, MD., is a resident of Orleans Parish and citizen of the State of Louisiana of the full age of majority.

1

3.

Diagnostic Imaging Services (hereafter "DIS") is a corporation existing pursuant to the laws of the State of Louisiana with its principal place of business in Metairie, Louisiana.

4.

This Court has jurisdiction under 28 U.S.C. § 1331, which grants district court's "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5.

This court is the proper venue for this action as the plaintiffs are residents and citizens of the Parish of Orleans. Defendant, DIS, has its principal place of business and its registered agent for service of process is within the jurisdiction of this Honorable Court. Furthermore, the events which give rise to this action occurred in Marrero, Louisiana which is also within the venue of this Honorable Court.

5.

42 USC 6A (II)(F)(3), known as the Mammography Quality Standards Act (herein after "MQSA") was passed by Congress on October 27, 1992, to establish national quality standards for mammography. The MQSA requires, *inter alia*, each facility to send each patient a summary of a mammography report written in lay terms within 30 days of a mammographic examination.

6.

On September 11, 2012, Susan Schwander underwent an annual mammogram at DIS Women's Center, in Metairie, Louisiana. On the same day her results were read and interpreted by Dr. Brandt M. Zimmer, M.D. and a report was written. The results of the exam stated that the work-up was "Incomplete" and that the patient "[n]eeded additional imaging evaluation".

7.

Susan Schwander never received the report and upon information and belief would assert that one was never sent by the Defendants in violation of the MQSA.

8.

On November 11, 2013, Susan Schwander underwent an annual mammogram, at DIS Women's Center, in Metairie, Louisiana. The results were read and interpreted by Jane Clayton, MD. A report was written the same day stating that the results of the mammogram were, again, "[i]nconclusive" and that additional imaging would be needed.

9.

Susan Schwander received a letter from DIS in mid-November 2013 alerting her of the irregularities of the mammogram and urging her to call her referring physician at which point Plaintiff made further arrangements with DIS to have more extensive testing done.

10.

Susan Schwander underwent a third mammogram on November 22, 2013 and was advised by the attending radiologist that she should follow up with her treating physician due to enlarged lymph nodes and the suspicion of possible malignancy.

11.

On December 4th, 2013 Plaintiff saw Dr. Don R. Guzzetta who ordered a biopsy to be performed on December 12, 2013 to further investigate the findings of the mammogram.

12.

On December 16, 2013 Susan Schwander was diagnosed with advanced breast cancer.

13.

Plaintiffs aver that the failure of the Defendants to timely notify her of the results of the September 11, 2012 mammogram was in violation of and breached the statutory requirements of the MQSA.

14.

Plaintiffs further aver that the failure to notify by the Defendants and the ensuing delay in diagnosis and treatment proximately caused a significant diminution of her chance of survival, necessitated far more aggressive therapy and surgery than would otherwise have been necessary, significantly greater medical expenses, mental anguish, anxiety, distress, fear of death and disfigurement and other injury and damages which will be shown at the time of trial.

15.

Plaintiff, Susan Schwander, seeks compensatory damages as follows:

| | |
|---|---|
| MEDICAL EXPENSES | $ 750,000.00 |
| GENERAL DAMAGES FOR PAIN, SUFFERING AND LOSS OF ENJOYMENT OF LIFE | $1,000,000.00 |

16.

Jacob Schwander has also sustained a loss of consortium proximately caused by the violation of the MQSA by the Defendants in the amount of $250,000.00.

**WHEREFORE**, Susan and Jacob Schwander, pray that the Defendants be duly cited and summoned to appear and answer this Complaint and that after due proceedings are had there be judgment rendered in their favor and against the Defendants for all such damages as are reasonable to compensate them for the injuries and damages sustained herein, for all costs and expenses incurred herein and for all other general and equitable relief to which the Plaintiffs, may be deemed entitled.

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: /s/ Nelson W. Wagar, III
    **NELSON W. WAGAR III  (#13136), T.A.**
    **SARAH  NEY (#25471)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana  70002
Telephone:  (504) 830-3838
Facsimile:  (504) 836-9540
*Attorney for Plaintiffs Susan & Jacob Schwander*

**PLEASE SERVE:**

BRANDT M. ZIMMER, MD
DIAGNOSTIC IMAGING SERVICES INC.
925 AVENUE C
MARRERO, LA 70071

And

DIAGNOSTIC IMAGING SERVICES, INC.
4241 VETERANS MEMORIAL BLVD
METAIRIE, LOUISIANA  70002