## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SUSAN AND JACOB SCHWANDER** | * | **CIVIL ACTION NO. 2:14-cv-01240** |
| | * | |
| **VERSUS** | * | **JUDGE: JAY C. ZAINEY** |
| | * | |
| **DR. BRANDT M. ZIMMER, M.D. AND DIAGNOSTIC IMAGING SERVICES, INC.** | * * * * | **MAGISTRATE: DANIEL E. KNOWLES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF VOLUNTARY DISMISSAL

**NOW INTO COURT**, through undersigned counsel come the Plaintiffs, Susan and Jacob Schwander ("Plaintiffs" hereafter) who, pursuant to Fed.R.Civ.P. 41 (a)(1) hereby voluntarily dismiss the above-identified civil action without prejudice, each party to bear their own costs..

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD**
   **& KUTCHER, L.L.P.**

By: /s/ Nelson W. Wagar, III
   **NELSON W. WAGAR III  (#13136), T.A.**
   **SARAH  NEY (#25471)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana   70002
Telephone:  (504) 830-3838
Facsimile:  (504) 836-9540
***Attorney for Plaintiffs Susan & Jacob Schwander***

1

## *CERTIFICATION OF SERVICE*

I hereby certify that I have on this 28th day of July, 2014, served a copy of the foregoing pleading on all counsel for all parties by:

|       |                          |       |                    |
|-------|--------------------------|-------|--------------------|
| (  )  | Hand Delivery            | (  )  | Prepaid U. S. Mail |
| ( x ) | Facsimile/Electronic Mail| (  )  | UPS/Federal Express|

*/s/ Nelson W. Wagar, III*
**NELSON W. WAGAR, III**