## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN AND JACOB SCHWANDER | * | CIVIL ACTION NO. 2:14-cv-01240 |
| | * | |
| VERSUS | * | JUDGE: JAY C. ZAINEY |
| | * | |
| DR. BRANDT M. ZIMMER, M.D. AND | * | MAGISTRATE: DANIEL E. KNOWLES |
| DIAGNOSTIC IMAGING SERVICES, | * | |
| INC. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Considering the Notice of Voluntary Dismissal;

**IT IS HEREBY ORDERED** that the above-identified civil action be and is hereby dismissed without prejudice, each party to bear their own costs, pursuant to Fed.R.Civ.P. 41(a)(1).

New Orleans, Louisiana, this  29th  day of _____July_____, 2014.

_____
**JUDGE**